

# NUMBERS 13-10-00209-CV AND 13-10-210-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF V.L., K.L., AND J.L., CHILDREN

### On Appeal from the 319th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Justices Yanez, Garza and Vela
### Memorandum Opinion Per Curiam

Appellant, Jacob D. Lopez, perfected appeals from judgments rendered against him in favor of appellee, Yvonne Garza Lopez. On April 12, 2010, in separate letters, the Clerk of this Court notified appellant that the clerk's record in the above causes were originally due on March 19, 2010, and that the deputy district clerk, Arnold Garcia, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c).

Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeals would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notices. Accordingly, the appeals are DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
20th day of May, 2010.